In the Matter of IDA CANTOR, Appellant; MANU-
FACTURERS TRUST COMPANY, Respondent.

(Argued December 7, 1932; decided January 10, 1933.)

*Herman Shulman, Benjamin Algase* and *David L.
Podell* for appellant.

*Joseph M. Hartfield* and *John A. Gifford* for respondent.

Order of the Appellate Division and that of the Special
Term reversed, with costs in all courts, and motion

granted, with ten dollars costs, on the authority of *Matter of Cantor* (261 N. Y. 6). No opinion.

Concur: POUND, Ch. J., LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: CRANE, J.